**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7441**

———————

EVELYN GUNN,

Petitioner - Appellant,

versus

STATE OF SOUTH CAROLINA; CHARLES M. CONDON,
Attorney General of the State of South
Carolina,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  G. Ross Anderson, Jr., District
Judge.  (CA-00-2543-13AK)

———————

Submitted:  January 17, 2002        Decided:  January 28, 2002

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Evelyn Gunn, Appellant Pro Se.  Donald John Zelenka, Chief Deputy
Attorney General, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Evelyn Gunn seeks to appeal the district court's order denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001).  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Gunn v. South Carolina, No. CA-00-2543-2-13AK (D.S.C. Aug. 8, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2